**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

FILED

ΔUG 29 2016

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Brother McPherson #14A0975 )
                Plaintiff(s) )
                 )
                 )
     **vs.** )
Detective Eric Vanallen, John Doe K-9 unit )
Dog Handler, )
              Defendant(s) )
Police officer John Doe Badge # KPD00221

**INMATE**
**CIVIL RIGHTS**
**COMPLAINT PURSUANT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Case No. 9:___CV____

1: 16-cv-1049

| Plaintiff(s) demand(s) a trial by: | ☑ JURY | ☐ COURT | (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Brother McPherson #14A0975

   Address: Five Points CORR. Facility State Route 96, P.O Box 119

   Romulus, NY 14541

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: John Doe

   Official Position: K-9 unit Dog Handler on September 21st 2013

   Address: Unknown

b.   Defendant:   *Eric vanAllen*

Official Position:   *Police Detective*

Address:   *Kingston Police Department*

*1 Garraghan Drive*

*Kingston, NY 12401*

c.   Defendant:   *John Doe Badge #KPD 00221 arresting officer*

Official Position:   *Police officer*

Address:   *Kingston Police Department*

*1 Garraghan Drive*

*Kingston, NY 12401*

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a.   Is there a prisoner grievance procedure at this facility?

☐ Yes          ☑ No

b.   If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

☐ Yes          ☑ No

If your answer to 4b is YES,

(i)   What steps did you take? _____

_____

_____

(ii)   What was the final result of your grievance? _____

_____

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.  If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

☐ Yes          ☑ No

If your answer to 4c is YES,

(i)  What steps did you take? _____

_____

_____

(ii)  What was the final result regarding your complaint?_____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? *Because it has nothing to*

*do with my incarceration* _____

5.  **PREVIOUS LAWSUITS**

a.  Have you filed other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☑ No

b.  If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s): _____

ii.     Court (if federal court, name District; if state court, name County):

_____

iii.    Docket number: _____

iv.     Name of Judge to whom case was assigned: _____

v.      Disposition (dismissed?  on appeal?  currently pending?): _____

vi.     Approximate date of filing prior lawsuit: _____

vii.    Approximate date of disposition: _____

6.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

_____ *See attached* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

continue on page 2

## Statement of Facts                6-1-14

The first time the officer shined the light in my direction he did not notice me, however on his second pass he saw me and ordered me to come out. I complied with his order at that time and he handcuffed me, and informed the other officers that he had me in custody. As the other officers ~~that~~ approached me I noticed there were about six or seven of them including the K-9 dog. The officers started kicking and punching me when they arrived asking me where the other kid was. I told them this was not necessary and they told me to shut the F__k up! As I was handcuffed and not resisting I pleaded with them to stop. I heard them say let the dog get some of him. That's when the dog ran over and started attacking my arm and right side and back, It was a couple minutes that felt like forever. There were witnesses in the street that heard what was going on. I was then put in the police car and driven to the police station and placed in a holding cell. While I was in the cell they kept asking me where Kevin Drake was. I told them I didn't know and detective Van-Allen was trying to put another charge on me, saying I assaulted an officer. The paramedics came to the police station and as soon as they saw my arm they informed the police I needed to go to the hospital for further medical assistance. They told the police I needed to be treated for my bite marks from the police dog. Upon being told this by the paramedics, detective VanAllen told them no he's not going anywhere. The paramedics then wrapped my arm up and left. After the paramedics left, the police realized they had not taken any pictures of my bite marks. Officer Nace, decided to unwrap my arm and the sheriff took pictures of my arm not all the bite marks. Detective Nace, then wrapped my arm back up and took me ~~to~~ the county jail. While I was getting processed at the county jail they took more pictures of my arm and back. They asked me at the county jail if I had gone to the hospital, I told them no and they asked me why not and I had no answer except the detective told the paramedics no. I saw the nurse at around 2:00am and told her I had received no shots or other treatment besides what the paramedics did at the police station. The nurse gave me a tetanus shot for the dog bites the next night. While in the county jail I was having problems with my arm. Experiencing numbness down to my fingers. This lasted for a couple of

months, and I did not receive proper medical attention and care. The Ulster county jail should have all the relevent medical records and Five Points corr. Facility as well. Everyday I have to deal with looking at these permanent scars and wondering if I sustained actual damage to the nerves in my arm. I did not deserve to be beaten by the police and then attacked by the police dog when I had already surrendered myself and was not resisting and cuffed. I was not even the subject of the warrant they were serving and even if I was I had already surrendered and did not deserve that kind of treatment.

Respectfully Submitted,
B. Mc~ #14A0975

Everything that I have written on the two pages are true facts the events that happen on September 21st 2013!

7.                                **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

At the time that I was handcuffed I was being physically assualted, Kicked and punched by Several John Doe officers.

### SECOND CAUSE OF ACTION

After being assualted by Several John Doe officers They was laughing and talking to each other the officers told the K-9 Dog handler let the dog get some. The dog was let loose I was bitten numerous times while handcuffed and subdued.

### THIRD CAUSE OF ACTION

Denying me medical attention Detective van Allen told the Paramedics after they said I have to go to the hospital he's not going anywhere and my arm was unrapped by officer Nace who has no medical experience because they forgot to take pictures of my wounds.

8.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I would like to be rewarded the sum of $1,500,000 do to the officers violating my Constitutional rights.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6-7-16

B. Mc°

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010